106 F.3d 388
 Shiron R. Vick
v.
Emery W. Morris, Warden F.C.I. Fairton, Michael B. Cooksey,
Warden F.C.I. Fairton, Mark B. Connors, Associate Warden, T.
Cary Vogt, Unit Manager Housing Unit D, Paul Rothbaum, Unit
Manager Housing Unit D, Rebecca Bowen, Case Manager Housing
Unit D-Right
 NO. 96-5436
 United States Court of Appeals,
Third Circuit.
 Dec 31, 1996
 
 Appeal From: D.N.J. , No. 95-cv-03834 ,
 Rodriguez, J.
 
 
 1
 AFFIRMED.